## United States Bankruptcy Court
NORTHERN DISTRICT OF ILLINOIS
219 S. Dearborn Street
Chicago, IL 60604

**FILED**
JUL 21 2008  NF
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Kenneth S. Gardner**, Bankruptcy Clerk

Date: July 21, 2008

Michael Dobbins, Clerk
United States District Court
Northern District of Illinois
219 S Dearborn Street
Chicago, IL 60604

Case Number: B 61058/07 A 619

Case Name: Krol -v- Archie

Notice of Appeal Filed: May 27, 2008

Appellant: Keith A & Sheryl A. Archie

Dear Sir:

Pursuant to **Bankruptcy Rule 8007** transmitted herewith is the Record on Appeal. The Record on Appeal consist of:

[✓] Transmittal Letter and Civil Cover Sheet        [✓] Notice of Appeal
[ ] Designation and Statement of Issues             [ ] Copy of Documents Designated
[ ] Transcript of Proceeding                        [ ] Exhibits
[ ] In Forma Pauperis                               [ ] Expedited Notice of Appeal

Additional Items Included

[✓] certify copy of the docket

08CV4123
JUDGE HART
MAGISTRATE JUDGE MASON

1  Total Volumes Transmitted

The following items will be transmitted as a supplemental to the Record on Appeal

[ ] _____

Previous D C Judge _____

Case Number _____

By Deputy Clerk _[signature]_

Revised 03/26/08rj

In the United States Bankruptcy Court
For the Northern District of Illinois
Eastern Division

In Re:
Keith A. Archie Sr.
Sheryl A. Archie
    Debtor(s)

Gina B. Krol, Trustee
    Plaintiff(s)

V.

Keith A. Archie
Sheryl A. Archie
    Defendant(s)

Case No. 05B61058

Adversary No. 07A00619

PAID
MAY 27 2008
KENNETH S. GARDNER, CLERK
UNITED STATES BANKRUPTCY COURT

RECEIVED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
MAY 27 2008
KENNETH S. GARDNER, CLERK
PG REF: EG

"Notice of Appeal"
Under 28 U.S.C. §158

Keith A. Archie and Sheryl A. Archie, the defendant appeals under 28 U.S.C. §158(A) from the judgement order of the bankruptcy judge, Carol A. Doyle, entered in this Adversary proceeding (Case # 07A00619) on the 14th day of May 2008.

Motion to Extend time to Appeal judges order Dated 5-14-08 Denying Discharge and Sanctions

The names of all parties to the order,

Gina B. Krol - "Trustee"
105 West Madison St.
Suite 1100
Chicago, IL. 60602
312-368-0300

Kerry R. Peck, Ray J. Koenig, III
105 W. Adams St. 31 Floor
Chicago IL. 60603

Dated: 5-27-2008

Signed: Keith A. Archie
Appellant

Address: 3708 Culloden St.
Flossmoor, IL. 60422
708-957-9764

## United States Bankruptcy Court
NORTHERN DISTRICT OF ILLINOIS
219 S Dearborn Street
Chicago, IL 60604
**Kenneth S. Gardner, Bankruptcy Clerk**

| | |
|---|---|
| Date | May 27, 2008 |
| Case Number | 05B61058/07A619 |
| Case Name | Krol -v- Archie |
| Notice of Appeal Filed | May 27, 2008 |
| Notice of Cross Appeal Filed | |

Dear Sir/Madam:

A Notice of Appeal having been filed pursuant to **Bankruptcy Rule 8002**, please be notified that the Record on Appeal will be transmitted to the United States District Court when the record is complete for the purpose of appeal.

**Bankruptcy Rule 8006** requires that, within ten (10) days of the filing of the Notice of Appeal, the Appellant must file the following with the Clerk of the United States Bankruptcy Court:

- A Designation of the Content of the Record on Appeal
- A Statement of the Issues to be presented on Appeal

If the above are not filed within the ten (10) day time period as provided by **Bankruptcy Rule 8006**, the appeal will not be perfected.

Any party filing a designation of the items to be included in the record shall provide to the clerk a copy of the items designated. If the party fails to provide the copy of the items designated, the clerk shall prepare the copy at the party's expense.

**Bankruptcy Rule 8006** further states: If the record designated by any party includes a transcript of any proceeding, the party shall, immediately after filing the designation, deliver to the reporter and file with the clerk a written request for the transcript and made satisfactory arrangements for payment of its cost.

**Local Rule 9070-1(B)** states: Upon request, parties shall make the exhibits and transcripts or copies thereof available to any other party to copy at its expense.

By Deputy Clerk

Carel Dell Weston

cc: Bankruptcy Judge & Attorneys of Record

Revised (1/31/08)rj

FeeDeferred, 727OBJ, CLOSED, APPEAL

# U.S. Bankruptcy Court
## Northern District of Illinois (Chicago)
## Adversary Proceeding #: 07-00619
### Internal Use Only

**Assigned to:** Honorable Judge Carol A. Doyle
**Related BK Case:** 05-61058
**Related BK Title:** Keith A Archie and Sheryl A Archie
**Related BK Chapter:** 7
**Demand:**
**Nature[s] of Suit:** 41 Objection / revocation of discharge - 727(c), (d), (e)

**Date Filed:** 07/05/07
**Date Terminated:** 05/16/08

## Plaintiff
-----------------------

Gina B Krol, *Trustee*
Cohen & Krol
105 W. Madison Street
Suite 1100
Chicago, IL 60602
312/368-0300

represented by Gina B Krol, ESQ
Cohen & Krol
105 West Madison St Ste 1100
Chicago, IL 60602
312-368-0300
Fax : (312) - 3684559
Email: kingkrol@aol.com

**V.**

## Defendant
-----------------------

| | | |
|---|---|---|
| Keith Archie | represented by | Keith Archie<br>PRO SE |
| | | Abraham Brustein, ESQ<br>Dimonte & Lizak, LLC<br>216 W. Higgins Road<br>Park Ridge, IL 60068<br>847 698-9600 Ext. 221<br>Fax : 847 698-9623<br>Email: abrustein@dimonteandlizak.com<br>*TERMINATED: 01/08/2008* |
| | | Julia E Jensen<br>Dimonte & Lizak, LLC<br>216 West Higgins Road<br>Park Ridge, IL 60068<br>847 698-9600 Ext. 231<br>Fax : 847 698-9623<br>Email: jjensen@dimonteandlizak.com<br>*TERMINATED: 01/08/2008* |
| Sheryl A. Archie | represented by | Sheryl A. Archie<br>PRO SE |
| | | Abraham Brustein, ESQ<br>Dimonte & Lizak, LLC<br>216 W. Higgins Road<br>Park Ridge, IL 60068<br>847 698-9600 Ext. 221<br>Fax : 847 698-9623<br>Email: abrustein@dimonteandlizak.com<br>*TERMINATED: 01/08/2008* |

Julia E Jensen
Dimonte & Lizak, LLC
216 West Higgins Road
Park Ridge, IL 60068
847 698-9600 Ext. 231
Fax : 847 698-9623
Email:
jjensen@dimonteandlizak.com
*TERMINATED: 01/08/2008*

| Filing Date | # | Docket Text |
|---|---|---|
| 07/05/2007 | 1 | Adversary case 07-00619. (41 (Objection / revocation of discharge - 727(c),(d),(e))): Complaint by Gina B Krol against Keith Archie, Sheryl A. Archie. (Fee Deferred) Status hearing to be held on 8/22/2007 at 10:00 AM at 219 South Dearborn, Courtroom 742, Chicago, Illinois 60604. (Krol, Gina) (Entered: 07/05/2007) |
| 07/05/2007 | 2 | Summons Link Summons Issued on Keith Archie Answer Due 08/6/2007; Sheryl A. Archie Answer Due 08/6/2007 (Krol, Gina) (Entered: 07/05/2007) |
| 07/05/2007 | 3 | Summons Service Executed on Keith Archie 7/5/2007; Sheryl A. Archie 7/5/2007 (RE: [2] Summons Issued). (Krol, Gina) (Entered: 07/05/2007) |
| 08/21/2007 | 4 | Appearance Filed by Abraham Brustein ESQ on behalf of Keith Archie, Sheryl A. Archie. (Brustein, Abraham) (Entered: 08/21/2007) |

| | | |
|---|---|---|
| 08/21/2007 | ◯5 | Appearance for Derek D. Samz Filed by Abraham Brustein ESQ on behalf of Keith Archie, Sheryl A. Archie. (Brustein, Abraham) (Entered: 08/21/2007) |
| 08/21/2007 | ◯6 | Appearance Filed by Julia E Jensen on behalf of Keith Archie, Sheryl A. Archie. (Jensen, Julia) (Entered: 08/21/2007) |
| 08/21/2007 | ◯7 | Notice of Filing Filed by Abraham Brustein ESQ on behalf of Keith Archie, Sheryl A. Archie (RE: 6 Appearance, 5 Appearance, 4 Appearance). (Brustein, Abraham) (Entered: 08/21/2007) |
| 08/22/2007 | ◯8 | Hearing Continued (RE: 1 Complaint, ). Status hearing to be held on 9/25/2007 at 10:30 AM at 219 South Dearborn, Courtroom 742, Chicago, Illinois 60604. (Devine, Tina) (Entered: 08/22/2007) |
| 08/22/2007 | ◯9 | Order Scheduling (RE: 1 Complaint, ). (Defendant) Answer due by: 9/12/2007. Signed on 8/22/2007 (Livermore, Corrina) (Entered: 08/23/2007) |
| 09/24/2007 | ◯10 | Answer to (related document(s): 1 Complaint, ) Filed by Abraham Brustein ESQ on behalf of Keith Archie, Sheryl A. Archie (Brustein, Abraham) (Entered: 09/24/2007) |
| 09/24/2007 | ◯11 | Notice of Filing Filed by Abraham Brustein ESQ on behalf of Keith Archie, Sheryl A. Archie (RE: 10 Answer). (Brustein, Abraham) (Entered: 09/24/2007) |

| | | |
|---|---|---|
| 09/25/2007 | 12 | Hearing Continued (RE: 1 Complaint, ). Status hearing to be held on 10/18/2007 at 10:30 AM at 219 South Dearborn, Courtroom 742, Chicago, Illinois 60604. (Devine, Tina) (Entered: 09/25/2007) |
| 09/25/2007 | 13 | Order Scheduling (RE: 1 Complaint, ). Rule 7026 due by 10/12/2007. Signed on 9/25/2007 (Livermore, Corrina) (Entered: 09/27/2007) |
| 10/17/2007 | 14 | Joint Report of Parties Pursuant to Bankruptcy Rule 7026(f) Filed by Gina B Krol ESQ on behalf of Keith Archie, Sheryl A. Archie, Gina B Krol. (Krol, Gina) (Entered: 10/17/2007) |
| 10/18/2007 | 15 | Hearing Continued (RE: 1 Complaint, ). Status hearing to be held on 2/5/2008 at 10:30 AM at 219 South Dearborn, Courtroom 742, Chicago, Illinois 60604. (Devine, Tina) (Entered: 10/18/2007) |
| 10/18/2007 | 16 | Order Scheduling (RE: 1 Complaint, ). Initial disclosures shall be made by the parties on or before 10/31/2007. Discovery Cutoff 1/31/2008. Signed on 10/18/2007 (Green, Ron) (Entered: 10/22/2007) |
| 12/26/2007 | 17 | Notice of Motion and Motion to Withdraw as Attorney Filed by Abraham Brustein ESQ on behalf of Abraham Brustein. Hearing scheduled for 1/8/2008 at 10:00 AM at 219 South Dearborn, Courtroom 742, Chicago, Illinois 60604. (Attachments: # 1 Proposed |

| | | |
|---|---|---|
| | | Order of Abraham Brustein and all Attorneys Associated with Di Monte & Lizak, LLC to Withdraw as Attorney of Record) (Brustein, Abraham) (Entered: 12/26/2007) |
| 01/08/2008 | 18 | Order Granting Motion To Withdraw As Attorney (Related Doc # 17). Signed on 1/8/2008. (Livermore, Corrina) (Entered: 01/09/2008) |
| 02/05/2008 | 19 | Hearing Continued (RE: 1 Complaint, ). Status hearing to be held on 2/7/2008 at 10:30 AM at 219 South Dearborn, Courtroom 742, Chicago, Illinois 60604. (Devine, Tina) (Entered: 02/05/2008) |
| 02/07/2008 | 20 | Hearing Continued (RE: 1 Complaint, ). Trial date set for 5/14/2008 at 01:30 PM at 219 South Dearborn, Courtroom 742, Chicago, Illinois 60604. (Devine, Tina) (Entered: 02/07/2008) |
| 02/07/2008 | 21 | Final Pre Trial Order (RE: 1 Complaint, ). Pretrial Statement due by: 5/9/2008. Signed on 2/7/2008 (Livermore, Corrina) (Entered: 02/08/2008) |
| 02/07/2008 | 22 | Certificate of Service (RE: 21 Trial Order). (Livermore, Corrina) (Entered: 02/08/2008) |
| 05/08/2008 | 23 | Notice of Motion and Motion for Sanctions against Keith & Sheryl Archie Filed by Gina B Krol ESQ on behalf of Gina B Krol. Hearing scheduled for 5/14/2008 at 01:30 |

| | | |
|---|---|---|
| | | PM at 219 South Dearborn, Courtroom 742, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order) (Krol, Gina) (Entered: 05/08/2008) |
| 05/09/2008 | 24 | Pretrial Statement Filed by Plaintiff Gina B Krol. (Krol, Gina) (Entered: 05/09/2008) |
| 05/14/2008 | 25 | Order Granting in part, Denying in part Motion For Sanctions (Related Doc # 23). Signed on 5/14/2008. (Livermore, Corrina) (Entered: 05/16/2008) |
| 05/14/2008 | 26 | Judgment Order Denying Discharge of Debtor(s) (RE: 1 Complaint, ). Signed on 5/14/2008 (Livermore, Corrina) (Entered: 05/16/2008) |
| 05/16/2008 | 27 | Adversary Case 1-07-ap-619 Closed . (Livermore, Corrina) (Entered: 05/16/2008) |
| 05/27/2008 | 28 | Notice of Appeal to District Court. Filed by Keith Archie , Sheryl A. Archie . Fee Amount $255 (RE: 26 Judgment Order Denying Discharge). Appellant Designation due by 6/6/2008. Transmission of Record Due by 7/7/2008. (Weston, Carel Dell) Modified on 6/6/2008 to create related #25(Sims, Mildred). (Entered: 05/27/2008) |
| 05/27/2008 | 29 | Notice of Filing to Bk Judge and Parties on Service List (RE: 28 Notice of Appeal, ). (Weston, Carel Dell) (Entered: 05/27/2008) |
| 06/06/2008 | 30 | **CORRECTIVE ENTRY** to create related #25 |

| | | (RE: <u>28</u> Notice of Appeal, ). (Sims, Mildred) (Entered: 06/06/2008) |
|---|---|---|

This is to certify that the within and attached document is a full, true and correct copy of the original thereof as the same appears on file in the office of the Clerk of the United States Bankruptcy Court for the Northern District of Illinois.

KENNETH S. GARDNER
CLERK OF COURT

By _____
      Deputy Clerk
Dated  7/21/08